**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO. 3:13CR142-FDW-DSC** |
| ) | |
| ) | **ORDER TO UNSEAL** |
| v. ) | **INDICTMENT** |
| ) | |
| **CALVIN WARREN SCOTT** ) | |
| ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment be unsealed,

IT IS HEREBY ORDERED that the Indictment in this case is unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's office and counsel for the Defendant.

**SO ORDERED**.

Signed: May 31, 2013

David S. Cayer
United States Magistrate Judge